**ROBERT S. SOLA,** OSB # 84454
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 295-6880
Facsimile (503) 291-9172
rssola@msn.com
Attorney for Plaintiff

FILED'06 SEP 22 11:19USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JAMISON DANIELS, | Case No. CV05-0542-KI |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. |
| EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, and BANK OF AMERICA, N.A., a foreign corporation, | |
| Defendants. | |

THIS MATTER, having come before the Court on STIPULATION OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. and pursuant to FRCP 41(a)(2);

NOW, THEREFORE, IT IS HEREBY ORDERED, that plaintiff's claims against Defendant Experian Information Solutions, Inc. are dismissed with prejudice and without costs or fees to either party.

DATED this 6th day of September 2006.

_____
Honorable Garr King

1 - ORDER OF DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A.

CERTIFICATE OF SERVICE

      I hereby certify that I served the foregoing ORDER OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. on the following persons:

Angela M. Taylor
Jones Day
3 Park Plaza, Suite 1100
Irvine, CA 92614        Of Attorneys for Defendant Experian Information Solutions, Inc.

by the following indicated method:

\_\_\_    by **mailing** full, true and correct copies thereof in sealed, first-class postage prepaid envelopes, addressed to them at the address set forth above and deposited with the United States Postal Service on the date set forth below.

\_X\_    by **electronically mailing** full, true and correct copies to the attorney(s) set forth above on the date set forth below.

\_\_\_    by causing full, true and correct copies thereof to be **hand-delivered** to them at the address set forth above on the date set forth below.

\_\_\_    by **facsimile** transmission of full, true and correct copies on the date set forth below.

      DATED this 5th day of September, 2006.    /s/ Robert S. Sola
                                                               Robert S. Sola, OSB # 84454
                                                              rssola@msn.com
                                                              (503) 295-6880
                                                              (503) 291-9172 (Facsimile)
                                                              Attorney for Plaintiff